**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ALICE B.,**<br>    *Plaintiff,*<br><br>v.<br><br>**FRANK BISIGNANO, Commissioner of**<br>**Social Security,**<br>    *Defendant.* | **Civil No. 24-1351** |

## ORDER

**AND NOW**, this 23rd day of February, 2026, careful and independent consideration of the administrative transcript reveals that the record does not contain substantial evidence to support the Administrative Law Judge's findings of fact and conclusions of law.  As a result, this action must be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, it is hereby **ORDERED** that:

1) The Report and Recommendation (ECF No. 17) is **APPROVED** and **ADOPTED**;

2) **JUDGMENT** is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this adjudication; and,

3) The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.